**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6605**

———————

STANLEY LORENZO WILLIAMS,

                                      Petitioner - Appellant,

        versus

DEAN WALKER, Superintendent of Marion Correc-
tional Institution,

                                      Respondent - Appellee.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham. Frank W. Bullock, Jr., District
Judge.  (CA-00-393-1)

———————

Submitted:  October 18, 2001        Decided:  October 25, 2001

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Stanley Lorenzo Williams, Appellant Pro Se.  Clarence Joe DelForge,
III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh,
North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stanley Lorenzo Williams appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, although we grant Williams' motion to proceed in forma pauperis, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Williams v. Walker, No. CA-00-393-1 (M.D.N.C. filed Mar. 21, 2001; entered Mar. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED